# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. MONAHAN,<br><br>   Plaintiff,<br><br>  v.<br><br>WILLARD MITT ROMNEY, INDIVIDUALLY AND AS HE IS GOVERNOR OF THE COMMONWEALTH OF MASSACHUSETTS, ERIC FEHRNSTROM, NICHOLAS TZITZON, SHAWN FEDDEMAN AND SPENCER ZWICK,<br><br>   Defendants. | No. 06 CA 10921 NG |

## **DEFENDANTS' PRE-TRIAL DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Parties' Joint Proposed Discovery Schedule [Docket No. 35], the Defendants hereby make the following pre-trial disclosures.

I.  WITNESSES TO BE CALLED AT TRIAL

The Defendants expect to call the following witnesses at trial:

| Witness | Address |
|---|---|
| Willard Mitt Romney | Contact through Ropes & Gray LLP |
| Eric Fehrnstrom | Contact through Ropes & Gray LLP |
| Nicholas Tzitzon | Contact through Ropes & Gray LLP |
| Shawn Feddeman | Contact through Ropes & Gray LLP |

| Spencer Zwick | Contact through Ropes & Gray LLP |

In addition to these witnesses, the Defendants reserve the right to call or re-call any witness identified in the Plaintiff's pre-trial disclosure. The Defendants do not at this time expect to present any witness by deposition, though they reserve the right to mark portions of the Plaintiff's deposition.

II.     EXHIBITS FOR TRIAL

| Proposed Exhibit Number | Description | Bates Number |
| --- | --- | --- |
| A | Position Statement | D00002-D00008 |
| B | Quitclaim Deed | D00011-D00012 |
| C | Mortgage | D00013-D00014 |
| D | Background Check Form | D00071-D00082 |
| E | Leader Bank 2007 Annual Report | D00104-D00119 |
| F | Leader Bank Web Site Print Out | D00083-D00086 |
| G | Verified Complaint in Civil Action No. 04-0195 | D00097-D00101 |
| H | Letter from Daniel B. Winslow to Joseph J. Brodigan | D00044-D00045 |
| I | Affidavit of William P. Monahan | D00087-D00096 |
| J | Affidavit of Nicolas Tzitzon | D00102-D00103 |
| K | Affidavit of Eric Fehrnstrom | D00046-D00047 |
| L | Affidavit of Spencer Zwick | D00048-D00049 |
| M | Affidavit of Shawn Feddeman | D00050-D00051 |
| N | Plaintiff's Response to Defendants First Set of Interrogatories | N/A |

11642268_1.DOC

| O | Deposition of William Monahan in Civil Action No. 06-3222 | N/A |

                                            Respectfully submitted,

                                            /s/Bryan R. Diederich_____
                                            Robert G. Jones (BBO #630767)
                                            Bryan R. Diederich (BBO #647632)
                                            ROPES & GRAY LLP
                                            One International Place
                                            Boston, Massachusetts 02110
                                            (617) 951-7000

                                            Attorneys for Defendants

Dated: February 27, 2009

11642268\_1.DOC

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a paper copy will be sent to those indicated as non-registered participants on February 27, 2009.

/s/Bryan R. Diederich_____
Bryan R. Diederich