UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

WILLIAM P. MONAHAN,
Plaintiff,
v.
WILLARD MITT ROMNEY,
INDIVIDUALLY AND AS HE IS
GOVERNOR OF THE
COMMONWEALTH OF
MASSACHUSETTS, ERIC
FEHRNSTROM, NICHOLAS TZITZON,
SHAWN FEDDEMAN AND SPENCER
ZWICK,
Defendant

No. 06 CA 10921 NG

## PLAINTIFFS' PRE-TRIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Parties' Joint Proposed Discovery Schedule [Docket No. 35], the Plaintiff hereby make the following pre-trial disclosures.

I. WITNESSES TO BE CALLED AT TRIAL

The PLAINTIFF expect to call the following witnesses at trial:

| Witness | Address |
|---|---|
| William P. Monahan | Contact through Richard J. Hayes Law Office |
| Mrs. William P. Monahan | Contact through Richard J. Hayes Law Office |
| Alan Eisner. | Contact through Richard J. Hayes Law Office |
| Dante Muzzioli | Contact through Richard J. Hayes Law Office |
| Frank Phillips | Contact through Richard J. Hayes Law Office |
| Kent Bowen | Contact through Richard J. Hayes Law Office |
| Julie Monahan | Contact through Richard J. Hayes Law Office |
| Marianne Monahan | Contact through Richard J. Hayes Law Office |
| Daniel Harrington | Contact through Richard J. Hayes Law Office |
| Daniel Henderson | Contact through Richard J. Hayes Law Office |
| Daniel Winslow | Contact through Richard J. Hayes Law Office |

| | |
|---|---|
| Dr. Jennifer Patterson | Contact through Richard J. Hayes Law Office |
| Dr. Richard Patton | Contact through Richard J. Hayes Law Office |
| Keeper of Records Verizon | Contact through Richard J. Hayes Law Office |
| Retirement Board representatives | Contact through Richard J. Hayes Law Office |
| William Hovey Esq | Contact through Richard J. Hayes Law Office |

In addition to these witnesses, the Plaintiff reserve the right to call or re-call any witness identified in the Defendants pre-trial disclosure. The Plaintiffs do not at this time expect to present any witness by deposition, though they reserve the right to mark portions of the Defendants deposition.

## II. EXHIBITS FOR TRIAL

Proposed
Exhibit
Letter

| | |
|---|---|
| A A | Pension Board Computation |
| B B | BU Quitclaim DEED |
| C C | Opinion Letter of William Hovey, Esq |
| D D | Deposition of Defendant Willard Mitt Romney |
| E E | Deposition of Eric Fehrnstrom |
| F F | Deposition of Shawn Feddeman |
| GG | Deposition of Nicholas Tzitzon |
| H H | Deposition of Spencer Zwick |
| I I | Defendant Romney Response to Interrogatories |
| J J | Defendant Zwick Response to Interrogatories |
| KK | Defendant Tzitzon Response to Interrogatories |
| LL | Defendant Feddeman Response to Interrogatories |
| MM | Defendant Fehrnstrom Respone to Interrogatories |

Plaintiff reserves the right to supplement this list prior to trial

Respectfully submitted,
Dated: February 27, 2009
/s/Richard J. Hayes
Richard J. Hayes
BBO # 227040
Law Offices of Richard J. Hayes Esq
Boston, Massachusetts 02108
(617) 523-8773
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to all parties registered and identified on the Notice of Electronic Filing on February 27, 2009

/s/ Richard J. Hayes

Richard J. Hayes