## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM P. MONAHAN,<br><br>    Plaintiff,<br><br>v.<br><br>WILLARD MITT ROMNEY, INDIVIDUALLY AND AS HE IS GOVERNOR OF THE COMMONWEALTH OF MASSACHUSETTS, ERIC FEHRNSTROM, NICHOLAS TZITZON, SHAWN FEDDEMAN AND SPENCER ZWICK,<br><br>    Defendants. | No. 06 CA 10921 NG |

## AMENDED EXHIBIT LIST

**A.** **UNCONTESTED EXHIBITS**

1. BU Quitclaim Deed

2. Opinion Letter of William Hovey, Esq.

3. Verizon Phone Records of Plaintiff

4. Position Statement of William P. Monahan, dated November 14, 1980

5. Quitclaim Deed of Anguilo family, dated November 14, 1980

6. Mortgage of William P. Monahan, dated November 14, 1980

7. William P. Monahan's Application for Civil Service Commissioner and Background Check Form, dated January 28, 2003

8. Leader Bank 2007 Annual Report

9. Leader Bankcorp, Inc. List of Board of Directors

10. Verified Complaint in William P. Monahan v. John J. Guerin, Jr., Civil Action No. # 04-0195

11.  Letter from Daniel B. Winslow, Chief Legal Counsel for the Office of the Governor, to Joseph Brodigan, dated September 2, 2003

12.  Affidavit of William P. Monahan in William P. Monahan v. John J. Guerin, Jr., Civil Action No. 04-0195

13.  Affidavit of Nicholas Tzitzon, dated January 22, 2004

14.  Affidavit of Eric Fehrnstrom, dated January 22, 2004

15.  Affidavit of Spencer Zwick, dated January 22, 2004

16.  Affidavit of Shawn Feddeman, dated January 22, 2004

17.  Plaintiff's Response to Defendants' First Set of Interrogatories, dated June 19, 2008

18.  August 18, 2003 State Board of Retirement Letter

19.  September 11, 2003 State Board of Retirement Letter

20.  November 20, 2003 State Board of Retirement Letter

**B.    CONTESTED EXHIBITS**

A.   April 1, 2009 State Board of Retirement Letter

B.   March 31, 2009 Belmont, MA Contributory Retirement System Letter


                                                Respectfully submitted,


Dated:  April 21, 2009                          /s/Bryan R. Diederich
                                                Robert G. Jones (BBO #630767)
                                                Bryan R. Diederich (BBO #647632)
                                                ROPES & GRAY LLP
                                                One International Place
                                                Boston, Massachusetts 02110
                                                (617) 951-7000

                                                Attorneys for Defendants

-3-

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a paper copy will be sent to those indicated as non-registered participants on April 21, 2009.

/s/Bryan Diederich
Bryan R. Diederich, Esq.