## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM P. MONAHAN,<br><br>                Plaintiff,<br><br>        v.<br><br>WILLARD MITT ROMNEY,<br>INDIVIDUALLY AND AS HE IS<br>GOVERNOR OF THE COMMONWEALTH<br>OF MASSACHUSETTS, ERIC<br>FEHRNSTROM, NICHOLAS TZITZON,<br>SHAWN FEDDEMAN AND SPENCER<br>ZWICK,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 06 CA 10921 NG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ~~[PROPOSED]~~ FINAL JUDGMENT

WHEREAS, this action came before the Court for a bench trial proceeding over four trial days in April 2009;

AND WHEREAS, on September 3, 2009, the Court issued Findings of Fact and Conclusions of Law, in which the Court held that the Defendants are not liable for violating the rights of the Plaintiff under the federal Constitution and found in favor of the Defendants on all counts of the Complaint;

NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that judgment be and hereby is entered in favor of the Defendants and against the Plaintiff on all counts set forth in the Complaint.

So ordered.

/s/ NANCY GERTNER
Hon. Nancy Gertner, U.S.D.C.

DATE:  September 11 , 2009
Boston, Massachusetts